# United States District Court
## Western District of North Carolina
## Asheville Division

| | | |
|---|---|---|
| Jimmy Allen Roberts**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:17-cv-00063-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| Frank L. Perry | ) | |
| Erik  Hooks | ) | |
| Kenneth Lassiter | ) | |
| Todd Ishee | ) | |
| North Carolina Prisoner Legal | ) | |
| Services Inc. **,** | ) | |
| Defendants. | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 1, 2020 Order.

July 1, 2020

*Frank G. John*

Frank G. Johns, Clerk
United States District Court